| | |
|---|---|
| 1 | FELIPE PARKER (SBN 246212)<br>Law Office of Felipe Parker |
| 2 | 785 Market Street, Suite 1120<br>San Francisco, CA 94103 |
| 3 | Main:  415.484.1448<br>Fax:    415.294.2888 |
| 4 | |
| 5 | Attorney for Plaintiff<br>Keith S. Freedman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH S. FREEDMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSET ACCEPTANCE CORP.,<br>ASSET ACCEPTANCE, LLC; and<br>DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. C 07 0648 JSW<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that defendant shall file its answer within 10 days after the court issues its order approving the filing of the amended complaint.

///

///

///

///

///

---

**STIPULATION FOR FILING AMENDED COMPLAINT   (CASE NO. C 07 0648 JSW)**

```
 1 | DATED: May 7, 2007                    LAW OFFICE OF FELIPE PARKER
 2 |
 3 |                                              /s/
    |                                       Felipe Parker
 4 |                                       Attorney for Plaintiff
    |                                       Keith S. Freedman
 5 |
 6 | DATED: May 7, 2007                    SIMMONDS & NARITA, LLP
 7 |
 8 |                                       Jeff Topor
    |                                       Attorneys for Defendants
 9 |                                       Asset Acceptance Corporation and
    |                                       Asset Acceptance, LLC.
10 |
11 |
12 |
    | PURSUANT TO STIPULATION, IT IS SO ORDERED.
13 |
14 | DATED: May 8, 2007
    |                                       Jeffrey S. White
15 |                                       United States District Judge
```

STIPULATION FOR FILING AMENDED COMPLAINT   (CASE NO. C 07 0648 JSW)