Felipe R. Parker (SBN 246212)
The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:  415.484.1448
Fax:   415.294.2888
info@fparkerlaw.com

Attorney for Plaintiff
Keith S. Freedman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH S. FREEDMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASSET ACCEPTANCE CORP., ASSET ACCEPTANCE, LLC; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. C 07 0648 JSW<br><br>**JOINT STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side will bear its own costs and fees.

///

///

///

///

```
 1
 2  DATED: October __, 2007           THE LAW OFFICE OF FELIPE PARKER
 3         November 26, 2007
 4
 5                                    ___/s/_____
 6                                    Felipe R. Parker
                                      Attorney for Plaintiff
 7                                    Keith S. Freedman
 8
    DATED: October 25, 2007           SIMMONDS & NARITA LLP
 9
10
11
12                                    ___/s/_____
                                      Jeffrey Topor
13                                    Attorneys for Defendants
                                      Asset Acceptance Corp. and
14                                    Asset Acceptance LLC.
15
16  PURSUANT TO STIPULATION, IT IS SO ORDERED
17
18         November 26
    DATED: October __, 2007           ___/s/_____
19                                    Honorable Jeffrey S. White
20                                    United States District Judge
21
22
23
24
25
26
27
28
```